WILLIAM E. LOWERY, Appellant, *v.* THE HUNTINGTON LIGHT AND POWER COMPANY, Respondent.

*Lowery* v. *Huntington Light & Power Co.*, 121 App. Div. 245, affirmed.
(Argued October 13, 1908; decided November 10, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered August 2, 1907, affirming a judgment in favor of defendant

entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for personal injuries alleged to have been received through defendant's negligence.

*Herbert C. Smyth, Frederick C. Scofield* and *P. Henry Delehanty* for appellant.

*Alfred A. Wheat* and *Frank A. Gaynor* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ. Not voting: EDWARD T. BARTLETT, J.